UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


V. CYRUS JR,

             Plaintiff,

  v.

Warden, CA State Prison-Solano, et al,

             Defendant.

_____/

Case Number: C09-1854 VRW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Victor Renard Cyrus T-64245
CSP - Solano II
7. 143
P.O. Box 4000
Vacaville, CA 95696

Dated: August 13, 2009

                    Richard W. Wieking, Clerk
                    By: Cora Klein, Deputy Clerk