IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR R CYRUS, JR, | No C-09-1854 VRW (PR) |
| Petitioner, | ORDER EXTENDING TIME TO FILE TRAVERSE; INSTRUCTIONS TO THE CLERK |
| v | |
| JOHN HAVILAND, Warden, | |
| Respondent. / | |

On January 21, 2010, the court filed a letter from petitioner who states he failed to receive a copy of respondent's answer filed on January 14, 2010. Doc #17; see Doc #16. Petitioner also claims he previously filed a notice of address change with the court, although the court docket does not so reflect. Because the court did not file a change of address for petitioner, it appears that the answer respondent filed was sent to petitioner's former place of incarceration. See Doc #16 at 4.

The current due date for petitioner's traverse is February 16, 2010, which, under the circumstances and in the interest of justice, the court sua sponte extends to February 26, 2010.

To expedite the proceedings, the clerk is directed to send a copy of this order, along with a copy of the answer and exhibits to:

>Victor Cyrus T-64245
>
>California State Prison-Sacramento
>
>PO Box 290066
>
>Represa, CA 95671

The clerk is further directed to update petitioner's address on the court's docket.

Petitioner is advised that he must keep the court and all parties informed of any change of address and that failure to do so may result in dismissal of the action.

IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Cyrus-09-1854-eot-traverse.wpd