UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CYRUS JR,

        Petitioner,

  v.

RIVLIN et al,

        Respondent.

Case Number: C09-1854 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Cyrus T-64245
CSP-Sacramento
PO Box 290066
Represa, CA 95671

Victor Renard Cyrus T-64245
CSP - Solano II
7. 143
P.O. Box 4000
Vacaville, CA 95696

Dated: January 26, 2010

                                    Richard W. Wieking, Clerk
                                    By: Cora Klein, Deputy Clerk