1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  VICTOR R CYRUS, JR,                 No C-09-1854 VRW (PR)

12              Petitioner,            ORDER GRANTING PETITIONER'S
                                       FIRST REQUEST FOR EXTENSION OF
13          v                          TIME TO FILE TRAVERSE

14  JOHN HAVILAND, Warden,             (Doc #19)

15              Respondent.
                                    /
16 _____

17

18         Good cause appearing, petitioner's FIRST request for an

19  extension of time to file a traverse is GRANTED.  Petitioner must

20  file a traverse by no later than March 11, 2010.  Absent good cause

21  shown, no further extensions of time will be granted.

22

23         IT IS SO ORDERED.

24                              _____

25                              VAUGHN R WALKER
                                United States District Chief Judge
26

27

28
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Cyrus-09-1854-eot-2-traverse.wpd