UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CYRUS JR,

          Plaintiff,

  v.

RIVLIN et al,

          Defendant.
                                      /

Case Number: C09-1854 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Renard Cyrus T-64245
CSP-SAC
B4-231
P.O. Box 290066
Represa, CA 95671-0066

Dated: February 19, 2010

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk