IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CYRUS, | No. C 09-1854 JW (PR) |
| Petitioner, | ORDER |
| vs. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

Respondent is ordered to file with the Court by August 24, 2012, copies of the clerk's and reporter's transcripts of Petitioner's trial, and copies of the briefs, opinions, and orders filed in Petitioner's state appeal (A099456) and petition for review (S127202).

IT IS SO ORDERED.

DATED: August 22, 2012

JAMES WARE
United States District Chief Judge