**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RENARD CYRUS, JR., | No. C 09-01854 LHK (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

The Court has dismissed the instant petition for writ of habeas corpus. Therefore, judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 9/24/12

LUCY H. KOH
United States District Judge